THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:18-cv-00602-MR

| | |
|---|---|
| HOWARD LEON DEBERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Voluntary Dismissal [Doc. 7].

For the reasons stated in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 7] is **GRANTED**, and this civil action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**   Signed: February 5, 2019

Martin Reidinger
United States District Judge